*In re* INTEGRACIÓN DE SALAS DE VERANO.

*Número:* ES-2002-1          *Resuelto:* 27 de junio de 2002

## RESOLUCIÓN

En conformidad con lo dispuesto en la Regla 4(d) del Reglamento de este Tribunal, 4 L.P.R.A. Ap. XXI-A, se constituyen las siguientes Salas de Despacho para funcionar durante el receso de verano:

*Del 1ro de julio al 16 de agosto de 2002*

Hon. Francisco Rebollo López, *Presidente*
Hon. Miriam Naveira de Rodón
Hon. Federico Hernández Denton

*Del 17 de agosto al 30 de septiembre de 2002*

Hon. José A. Andréu García, *Presidente*
Hon. Jaime B. Fuster Berlingeri
Hon. Baltasar Corrada Del Río
Hon. Efraín E. Rivera Pérez

Los Presidentes de Sala quedan facultados para sustituir a los Jueces que no puedan intervenir en algún asunto ante su consideración, y asimismo para convocar al Pleno del Tribunal cuando sea necesario.

El Tribunal continuará emitiendo y certificando opiniones y sentencias durante este período.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*